# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ashley Marie D.,

    Plaintiff(s),

v.

Frank Bisignano,

    Defendant(s).

Case No. 2:26-cv-00766-NJK

**Order**

Pending before the Court is Plaintiff's amended complaint. Docket No. 6. Considering the requirements to survive screening in this context, *see, e.g.*, *Graves v. Colvin*, 2015 WL 357121, *2 (D. Nev. Jan. 26, 2015), the Court finds that the amended complaint is sufficient. As such, the case can proceed with the filing of the administrative record and briefing.

IT IS SO ORDERED.

Dated: March 24, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1