MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No.: 009634
**MUCKLEROY LUNT, LLC**
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Fax: (702) 938-4065
martin@muckleroylunt.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY MARIE D          ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **2:26-cv-00766-NJK**<br><br>**FIRST REQUEST FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER REGARDING CERTIFICATES OF GOOD STANDING** |

Petitioner, Kevin Kerr, by and through undersigned counsel, respectfully moves this Court for an extension of time of fifteen (15) days to comply with the Court's Order requiring submission of Certificates of Good Standing from the States of Washington and Oregon in support of the pending Petition to Appear Pro Hac Vice.

This Motion is made pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 and is based on the following Memorandum of Points and Authorities:

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND

1. On March 23, 2026, Petitioner filed a Petition to Practice Pro Hac Vice in this matter.

2. The Petition was defective and did not include Certificates of Good Standing from all relevant jurisdictions (Oregon and Washington).

3. On March 24th, 2026, this Court issued a Minute Order directing Petitioner to correct the Petition and provide the required documentation by March 31st, 2026.

4. On March 31st, 2026, Petitioner filed the corrected Petition, but the Petition lacked the proper Certificates of Good Standing.

5. On April 1st, 2026, this Court issued a Minute Order directing Petitioner to file a notice of corrected image by April 7th, 2026.

### II. CURRENT STATUS

6. Petitioner has obtained a Certificate of Good Standing from the State of Oregon attached hereto as Exhibit A.

7. Petitioner has also requested a Certificate of Good Standing from the State of Washington; however, it has not yet been issued.

8. A receipt confirming that the Washington Certificate of Good Standing has been requested is attached hereto as Exhibit B.

9. Despite diligent efforts, Petitioner has not yet received the Washington certificate and is therefore unable to fully comply with the Court's Order at this time.

///

///

2

## III. LEGAL STANDARD

10. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend the time to perform an act if a request is made before the original time or its extension expires.

11. Local Rule IA 6-1 requires that a motion for extension of time state the reasons for the extension requested and specify the number of previous extensions requested.

## IV. GOOD CAUSE EXISTS FOR EXTENSION

12. Petitioner has acted diligently in attempting to obtain all required documentation.

13. The delay is due to processing time by the State of Washington and is outside Petitioner's control.

14. This request is made in good faith and not for purposes of delay.

15. No party will be prejudiced by the requested extension.

## V. REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court grant an additional fifteen (15) days, up to and including April 23rd, 2026, to submit the Certificate of Good Standing from the States of Washington and Oregon and fully comply with the Court's Order.

DATED this 7th day of April, 2026

IT IS SO ORDERED.
Dated:  April 8, 2026

.

.

_____
Nancy J. Koppe
United States Magistrate Judge

/s/ Martin A. Muckleroy
_____
MARTIN A. MUCKLEROY, ESQ.
Nevada Bar No.: 009634
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, NV 89148
Phone: (702) 907-0097
Fax: (702) 938-4065
martin@muckleroylunt.com

3