**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ASHLEY MARIE DURR,

          Plaintiff(s),

vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant(s).

Case # **2:26-cv-00766-NJK**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kevin Kerr_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Kerr Robichaux & Carroll
(firm name)

with offices at _____PO Box 14490_____,
(street address)

___Portland___, ___Oregon___ ▾, ___97293___,
(city)    (state)    (zip code)

___503-255-9092___, ___kevin.kerr@getssd.com___.
(area code + telephone number)   (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Ashely Marie Durr___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____ May 1, 2008 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Oregon_____ ▾
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington (State) | 2014 | 47715 |
| U.S. District Court, W.D. Washington | 2014 | n/a |
| Court of Appeals of the Ninth Circuit | 2016 | n/a |
| U.S. District Court, E.D. Washington | 2017 | n/a |
| U.S. District Court Oregon | 2018 | n/a |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7.    That Petitioner is a member of good standing in the following Bar Associations.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 3/30/2026 | Boren v. Comm'r | U.S. District Court (Id.) | Granted |
| 3/30/2023 | Saddler v. Comm'r | U.S. District Court (Id.) | Granted |
| 5/30/2023 | Clinger v. Comm'r | U.S. District Court (Id.) | Granted |
| 6/1/2023 | Sanders v. Comm'r | U.S. District Court (Id.) | Granted |
| see attached | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Oregon    ☐ )
                          )
COUNTY OF Multnomah )

Kevin S. Kerr _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

11th day of March , 2026

_____
Notary Public or Clerk of Court

OFFICIAL STAMP
PATRICIA JO CARRILLO
NOTARY PUBLIC - OREGON
COMMISSION NO. 1023785
MY COMMISSION EXPIRES APRIL 18, 2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Martin A. Muckleroy____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6077 S. Fort Apache Rd. Ste 140_____,
(street address)

____Las Vegas____ , ____Nevada____ ☐, __89148__,
(city)                 (state)             (zip code)

____702-534-6272____, ____martin@muckleroylunt.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Martin A. Muckleroy___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Ashley Durr (Mar 11, 2026 11:46:21 PDT)
_____
(party's signature)

Ashley Marie Durr
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9634                         martin@muckleroylunt.com
_____
Bar number                   Email address

APPROVED:

Dated: April 24, 2026

_____
United States Magistrate Judge

In addition to granting this petition, the Court DENIES as moot Plaintiff's motion to extend.  Docket No. 15.

5

Rev. 5/16

| Date of Application | Case | Court | Status |
|---|---|---|---|
| 3/12/26 | Tosh v. Comm'r | U.S. District Court (Nev.) | Pending |
| 3/5/26 | Dodge v. Comm'r | U.S. District Court (Id.) | Granted |
| 3/5/26 | Jordan v. Comm'r | U.S. District Court (Id.) | Granted |
| 2/24/26 | Scott v. Comm'r | U.S. District Court (Id.) | Granted |
| 2/23/26 | McCleskey v. Comm'r | U.S. District Court (Id.) | Granted |
| 2/10/26 | LaBar v. Comm'r | U.S. District Court (Mont.) | Granted |
| 1/15/26 | Schroeder v. Comm'r | U.S. District Court (Id.) | Granted |
| 11/25/25 | Roker v. Comm'r | U.S. District Court (Id.) | Granted |
| 11/13/25 | Castro v. Comm'r | U.S. District Court (Id.) | Granted |
| 11/7/25 | Banks v. Comm'r | U.S. District Court (Id.) | Granted |
| 10/27/25 | Browning v. Comm'r | U.S. District Court (Az.) | Granted |
| 10/2/25 | Harriman v. Comm'r | U.S. District Court (Id.) | Granted |
| 10/2/25 | Duty v. Comm'r | U.S. District Court (Id.) | Granted |
| 9/24/25 | Finder v. Comm'r | U.S. District Court (Az.) | Granted |
| 8/18/25 | Casper v. Comm'r | U.S. District Court (Nev.) | Granted |
| 8/15/25 | Decker v. Comm'r | U.S. District Court (Az.) | Granted |
| 8/7/25 | Schoeneweis v. Comm'r | U.S. District Court (Id.) | Granted |
| 8/7/25 | Savage v. Comm'r | U.S. District Court (Mont.) | Granted |
| 8/5/25 | Wickert v. Comm't | U.S. District Court (Mont.) | Granted |
| 7/31/25 | McKee v. Comm'r | U.S. District Court (Alaska) | Granted |
| 7/31/25 | Watson v. Comm'r | U.S. District Court (Id.) | Granted |
| 7/28/25 | Bragg-Hamilton v. Comm'r | U.S. District Court (Nev.) | Pending |
| 7/25/25 | Cruz v. Comm'r | U.S. District Court (Mont.) | Granted |
| 7/21/2025 | Wilkins v/ Comm'r | U.S. District Court (Id.) | Granted |
| 5/23/25 | Miller v/ Comm'r | U.S. District Court (Mont.) | Granted |
| 5/7/25 | Payne v/ Comm'r | U.S. District Court (Id.) | Granted |
| 4/28/25 | Holman v. Comm'r | U.S. District Court (Id.) | Granted |
| 4/25/25 | Owen v. Comm'r | U.S. District Court (Id.) | Granted |
| 4/22/25 | Slade v. Comm'r | U.S. District Court (Mont.) | Granted |
| 1/21/25 | Eckle v. Comm'r | U.S. District Court (Az.) | Granted |
| 1/16/25 | Marion v. Comm'r | U.S. District Court (Mont.) | Granted |
| 1/8/25 | Weber v. Comm'r | U.S. District Court (Id.) | Granted |
| 12/30/24 | Fonseca v. Comm'r | U.S. District Court (Az.) | Granted |
| 12/3/24 | Potter v. Comm'r | U.S. District Court (Id.) | Granted |
| 9/27/24 | Mearkle v. Comm'r | U.S. District Court (Az.) | Granted |
| 8/26/24 | Cahill v. Comm'r | U.S. District Court (Haw.) | Granted |
| 8/13/24 | Christensen v. Comm'r | U.S. District Court (Id.) | Granted |
| 8/7/24 | Matter v. Comm'r | U.S. District Court (Az.). | Granted |
| 7/18/24 | Funn v. Comm'r | U.S. District Court (Haw.) | Granted |
| 7/10/24 | Wilcox v. Comm'r | U.S. District Court (Id.) | Granted |
| 6/12/24 | Dodge v. Comm'r | U.S. District Court (Id.) | Granted |
| 4/25/24 | Jones v. Comm'r | U.S. District Court (Id.) | Granted |
| 4/23/24 | Schaus v. Comm'r | U.S. District Court (Haw.) | Granted |
| 2/7/24 | Aleo v. Comm'r | U.S. District Court (Id.) | Granted |
| 1/29/24 | Leaeno Jr. v. Comm'r | U.S. District Court (Haw.) | Granted |

| | | | |
|---|---|---|---|
| 1/12/24 | Ross v. Comm'r | U.S. District Court (Mont.) | Granted |
| 12/20/23 | Lawrence v. Comm'r | U.S. District Court (Alaska) | Granted |
| 12/15/23 | Botkin v. Comm'r | U.S. District Court (Az.) | Granted |
| 9/8/23 | Gadbaw, v. Comm'r | U.S. District Court (Id.) | Granted |
| 6/1/23 | Sanders, v. Comm'r | U.S. District Court (Id.) | Granted |
| 5/30/23 | Clinger v. Comm'r | U.S. District Court (Id.) | Granted |
| 3/30/23 | Saddler v. Comm'r | U.S. District Court (Id.) | Granted |
| 3/30/23 | Boren v. Comm'r | U.S. District Court (Id.) | Granted |



# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**KEVIN S. KERR, BAR NO. 080934**

was admitted to practice law in the State of Oregon by Examination and became an Active licensee of the Oregon State Bar on May 1, 2008.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Kerr is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 6th day of April 2026.

Sarra Yamin
Regulatory Counsel

*Kerri Deegan*

Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222   toll-free in Oregon (800) 452-8260                    www.osbar.org

# CURRENT STATUS CERTIFICATE

April 3, 2026

## TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Kevin Sean Kerr**, license no. **47715** was licensed or admitted to the practice of law as a lawyer in this state by the Washington Supreme Court on **September 10, 2014.**

As of the date of this certificate, Mr. Kevin Sean Kerr is and has been in good standing as a(n) **Active lawyer** of the Washington State Bar Association, who is **Eligible** to practice law in this state as a lawyer.

This certificate reflects the date of admission or licensure and the license status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Status History Certificate.

Terra Nevitt
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA